IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIBERIO LIZZA,

        Plaintiff,

  v.

ALLSTATE INSURANCE COMPANY,

        Defendant.
                                      /

No. C 09-00735 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>August 21, 2009</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>September 4, 2009</u>.

DESIGNATION OF EXPERTS: <u>9/14/09</u>; REBUTTAL: <u>9/30/09</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>October 30, 2009</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>November 25, 2009</u>;

    Opp. Due <u>December 11, 2009</u>; Reply Due <u>December 18, 2009</u>;

    and set for hearing no later than <u>January 15, 2010</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>February 16, 2010</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>March 1, 2010</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                  SUSAN ILLSTON
                                                  United States District Judge

**United States District Court**
For the Northern District of California